## J. C. ROBINSON et al. v. Mrs. Ida PHIPPS. (No. 8617.)

(Court of Civil Appeals of Texas. Galveston. Feb. 11, 1925.)

Appeal from District Court, Houston County; Ben F. Dent, Judge.

Adams & Adams, of Crockett, for appellants.

Nunn & Nunn, of Crockett, for appellee.

GRAVES, J. This case is a companion one to No. 8616, D. C. Lawson et al., Appellants, v. Mrs. Ida Phipps, Appellee, 269 S. W. 458, and involves facts and legal issues in effect the same; only the parties appellant and the lands involved are different.

On the authority of the conclusions reached in the Lawson Case, the judgment in this one also was upon the same day ordered affirmed.

Affirmed.